JOSEPH P. RUSSONIELLO (CA 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6982
    Email: denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> CANDIDO BONAVENTE, <br> JOHN LEGRAND, <br>   a/k/a John Lefrand, <br> DAVID BARRIENTOS, <br> JOHN NATHAN, <br>   a/k/a Johny Horn, a/k/a Del Taco, a/k/a Juanito Perez, <br> ANTONIO LACERDA, <br>   a/k/a Lacerda Antonio Emiricio, <br> and GERALD SULLIVAN, <br>     Defendants. | No. CR 09-1163 JSW <br><br> [PROPOSED] **ORDER EXCLUDING TIME FROM JANUARY 7, 2010 TO MARCH 11, 2010** <br><br> SAN FRANCISCO VENUE |

Defendants Bonavente, Nathan, Lacerda, and Sullivan, represented by attorneys Jesse Garcia, Rita Bosworth, Geri Green, and Ian Loveseth, respectively, and the United States, represented by Denise Marie Barton, Assistant United States Attorney, appeared before the Court on January 7, 2010 for a status hearing.

[PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 7, 2010 TO MARCH 11, 2010,
UNITED STATES V. BONAVENTE, ET AL.,
CR No. 09-1163 JSW

At the hearing, the United States represented that discovery was on-going and was being produced to counsel on a rolling basis and that all counsel would require time to review discovery. In addition, the United States represented that counsel for defendant Nathan and defendant Lacerda had advised that each had dates in February 2010 when they were unavailable due to trials in other matters. Finally, the United States represented that two other co-defendants, David Barrientos and John Nathan, who had not yet made their initial appearances on the Indictment, were expected to make their appearances within the next week. For all these reasons, all parties requested a continuance until March 11, 2010 and agreed that time was properly excluded between January 7, 2010 and March 11, 2010 under the Speedy Trial Clock to afford co-defendants Nathan and Lacerda continuity of counsel and to afford all counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between January 7, 2010 and March 11, 2010 would unreasonably deny the defendants continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 7, 2010 and March 11, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between January 7, 2010 and March 11, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO ORDERED:

DATED: January 11, 2010

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge

[PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 7, 2010 TO MARCH 11, 2010,
UNITED STATES V. BONAVENTE, ET AL.,
CR No. 09-1163 JSW

2