| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CA 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | DENISE MARIE BARTON (MABN 634052)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200 |
| 7 | Fax: (415) 436-6982<br>Email: denise.barton@usdoj.gov |
| 8 | Attorneys for Plaintiff |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-1163 JSW |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| v. | ) | |
| | ) | SAN FRANCISCO VENUE |
| CANDIDO BONAVENTE,<br>JOHN LEGRAND,<br>  a/k/a John Lefrand,<br>DAVID BARRIENTOS,<br>JOHN NATHAN,<br>  a/k/a Johny Horn, a/k/a Del Taco,<br>  a/k/a Juanito Perez,<br>ANTONIO LACERDA,<br>  a/k/a Lacerda Antonio Emiricio,<br>and GERALD SULLIVAN,<br>Defendants. | ) | |

For the reasons set forth by the United States in the *Second Ex Parte Motion for Order Permitting Limited Redaction of Discovery Materials Pursuant to Fed. R. Cr. P. 16(d)(1)* and *Declaration in Support* thereof, this Court finds that good cause exists to restrict discovery in the manner requested by the United States.

//

UNITED STATES v. BONAVENTE, et al.,
CR No. 09-1163 JSW

5

Accordingly, this Court authorizes the United States to make the requested redactions to the pages identified in <u>Attachments</u> 1 to 8 to the Motion, which were filed *ex parte* and *under seal*, prior to producing these materials to defense counsel in the course of discovery. The Court reserves the right to revisit this Order as this case progresses.

SO ORDERED:

DATED: February 4, 2010

HONORABLE JEFFREY S. WHITE
United States District Court Judge