JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CANDIDO BONAVENTE,<br><br>    Defendant. | CR No.  09-1163 JSW<br><br>STIPULATION AND [PROPOSED] ORDER |

    This matter is currently scheduled for a Further Detention Hearing before the Honorable Joseph C. Spero on Friday, February 26, 2010 at 10:30 a.m.  By this stipulation, the parties seek to continue this hearing until Friday, March 5, 2010 at 10:30 a.m.

    As grounds for this motion, the United States advises the following: counsel for the United States has a medical appointment that is expected to conflict with the currently scheduled hearing and which cannot be rescheduled.  Counsel for the defendant has no objection to this continuance.

//

UNITED STATES V. BONAVENTE, CR No. 09-1163 JSW,
STIPULATION AND [PROPOSED] ORDER

1     For these reasons, the parties jointly seek a continuance until Friday, March 5, 2010 at 10:30 a.m.  The Speedy Trial Act is not an issue; time has already been excluded through March 11, 2010 by prior order of the Honorable Jeffrey S. White.

SO STIPULATED:

                          JOSEPH P. RUSSONIELLO
                          United States Attorney

DATED: February 18, 2010          /s/
                          DENISE MARIE BARTON
                          Assistant United States Attorney

DATED: February 22, 2010          /s/
                          MICHAEL CARDOZA
                          JYOTI  REKHI
                          Attorneys for CANDIDO BONAVENTE

    For the foregoing reasons, this matter is continued until Friday, March 5, 2010 at 10:30 a.m.

SO ORDERED.

DATED: __2/23/10_____           _____
                          HONORABLE JOSEPH C. SPERO
                          United States Magistrate Judge

UNITED STATES V. BONAVENTE, CR No. 09-1163 JSW,
STIPULATION AND [PROPOSED] ORDER

2