MICHAEL CARDOZA, CA SBN 52264
HOLLY MACKINNON, CA SBN 209408
JYOTI REKHI, CA SBN 234778
CARDOZA LAW OFFICES
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile:  (925) 274-2910

Attorneys for Defendant
CANDIDO BONAVENTE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

--ooOoo--

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>CANDIDO BONAVENTE,<br><br>       Defendant. | Case No.: CR 09-1163 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO WAIVE FURTHER DETENTION HEARING WITHOUT PREJUDICE** |

This matter is currently scheduled for a Further Detention Hearing before the Honorable Joseph C. Spero on Friday, March 5, 2010 at 10:30 a.m.   Defendant CANDIDO BONAVENTE respectfully requests to waive a further detention hearing without prejudice as both the defense and the prosecution are currently engaged in pre-plea negotiations.  Mr. Bonavente reserves the right to request a further detention hearing.  The government has no objection to this request.

1

**SO STIPULATED:**

DATED: March 3, 2010

/s/ Michael E. Cardoza
MICHAEL CARDOZA
JYOTI REKHI
Attorneys for CANDIDO BONAVENTE

DATED: March 3, 2010

/s/ Michael E. Cardoza for
DENISE MARIE BARTON
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: March 4, 2010

Hon. Joseph C. Spero
U.S. District Court Judge

2