```
 1  JOSEPH P. RUSSONIELLO (CA 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  DENISE MARIE BARTON (MABN 634052)
    Assistant United States Attorney
 5
          450 Golden Gate Avenue, Box 36055
 6        San Francisco, California 94102-3495
          Telephone: (415) 436-7200
 7        Fax: (415) 436-6982
          Email: denise.barton@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-1163 JSW |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER |
| v. | ) | |
| | ) | SAN FRANCISCO VENUE |
| CANDIDO BONAVENTE, | ) | |
| JOHN LEGRAND, | ) | |
|    a/k/a John Lefrand, | ) | |
| DAVID BARRIENTOS, | ) | |
| JOHN NATHAN, | ) | |
|    a/k/a Johny Horn, a/k/a Del Taco, | ) | |
|    a/k/a Juanito Perez, | ) | |
| ANTONIO LACERDA, | ) | |
|    a/k/a Lacerda Antonio Emiricio, | ) | |
| and GERALD SULLIVAN, | ) | |
| Defendants. | ) | |

For the reasons set forth by the United States in the *Third Ex Parte Motion for Order Permitting Limited Redaction of Discovery Materials Pursuant to Fed. R. Cr. P. 16(d)(1)* and *Declaration in Support* thereof, this Court finds that good cause exists to restrict discovery in the manner requested by the United States.

//

UNITED STATES v. BONAVENTE, et al.,
CR No. 09-1163 JSW

5

Accordingly, this Court authorizes the United States to make the requested redactions to the pages identified in <u>Attachments</u> 1 to 11 to the Motion, which were filed *ex parte* and *under seal*, prior to producing these materials to defense counsel in the course of discovery. The Court reserves the right to revisit this Order as this case progresses.

SO ORDERED:

DATED: May  3  , 2010        HONORABLE JEFFREY S. WHITE
                             United States District Court Judge