1 | JOSEPH P. RUSSONIELLO (CA 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200

7 | Fax: (415) 436-6982
Email: denise.barton@usdoj.gov

8

Attorneys for Plaintiff

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,              )    No. CR 09-1163 JSW
                                          )
14 |        Plaintiff,                     )
                                          )
15 |    v.                                 )    [PROPOSED] ORDER EXCLUDING
                                          )    TIME FROM MAY 13, 2010 TO
16 | CANDIDO BONAVENTE,                    )    JULY 8, 2010
     JOHN LEGRAND,                         )
17 |   a/k/a John Lefrand,                 )
     DAVID BARRIENTOS,                     )
18 | JOHN NATHAN,                          )    SAN FRANCISCO VENUE
       a/k/a Johny Horn, a/k/a Del Taco, a/k/a )
19 |   Juanito Perez,                      )
     ANTONIO LACERDA,                      )
20 |   a/k/a Lacerda Antonio Emiricio,     )
     and GERALD SULLIVAN,                  )
21 |                                       )
            Defendants.                    )
22 | _____ )

23 |        Defendants Candido Bonavente, John Legrand, David Barrientos, John Nathan, Antonio

24 | Lacerda, and Gerald Sullivan, represented by attorneys Michael Cardoza, Julia Mezhinsky Jayne

25 | (specially appearing for John Runfola), Rita Bosworth, and Geri Green (specially appearing for

26 | Ian Loveseth), respectively, and the United States, represented by Assistant United States

27 | Attorney Denise Marie Barton appeared before the Court on May 13, 2010 for a Status Hearing.

28 | [PROPOSED] ORDER EXCLUDING TIME FROM MAY 13, 2010 TO JULY 8, 2010,
UNITED STATES V. BONAVENTE, ET AL.,
CR No. 09-1163 JSW

1    Prior to the hearing, the parties submitted a Joint Status Memorandum advising the Court

2    of the current status of the case. *See* Docket No. 96.  In that Memorandum and at the hearing, the

3    parties advised the Court that the Government had additional discovery to produce; that counsel

4    for the defendants were continuing to review discovery; and that counsel required additional time

5    to complete this review, prior to setting motions and trial dates.  All counsel agreed that due to

6    the nature of the prosecution, a six co-defendant wiretap investigation involving wiretap orders

7    on four separate telephones, the complexity finding previously made by this Court under Title 18,

8    United States Code, section 3161(h)(7)(B)(ii), was still appropriate and that the case should still

9    be regarded as complex under the Speedy Trial Act.

10    For all these reasons, all parties requested a continuance until July 8, 2010 and agreed that

11    time was properly excluded between May 13, 2010 and July 8, 2010 under the Speedy Trial

12    Clock based on the complexity finding. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(ii).

13    Based upon the representation of counsel and for good cause shown, the Court finds that

14    this case is complex and that it is unreasonable to expect adequate preparation for pretrial

15    proceedings within the time limits established under Title 18, United States Code, section 3161.

16    The Court further finds that the ends of justice served by excluding the time between May 13,

17    2010 and July 8, 2010 from computation under the Speedy Trial Act outweigh the best interests

18    of the public and the defendant in a speedy trial.   Therefore, IT IS HEREBY ORDERED that the

19    time between  May 13, 2010 and July 8, 2010 shall be excluded from computation under the

20    Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A), (B)(ii).

21

22    SO ORDERED:

23

24    DATED: May 14 , 2010

25    _____
      HONORABLE JEFFREY S. WHITE
26    United States District Court Judge

27

28    [PROPOSED] ORDER EXCLUDING TIME FROM MAY 13, 2010 TO JULY 8, 2010,
      UNITED STATES V. BONAVENTE, ET AL.,
      CR No. 09-1163 JSW

                                        2