JOSEPH P. RUSSONIELLO (CA 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   Fax: (415) 436-6982
   Email: denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>    v. <br> CANDIDO BONAVENTE, <br> JOHN LEGRAND, <br>    a/k/a John Lefrand, <br> DAVID BARRIENTOS, <br> JOHN NATHAN, <br>    a/k/a Johny Horn, a/k/a Del Taco, a/k/a Juanito Perez, <br> ANTONIO LACERDA, <br>    a/k/a Lacerda Antonio Emiricio, <br> and GERALD SULLIVAN, <br>     Defendants. | No. CR 09-1163 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JULY 8, 2010 THROUGH AUGUST 5, 2010** |

    On July 6, 2010, the Court, after considering the *Joint Status Memorandum* filed by the parties, *see* Dkt No. 113, continued this matter to August 5, 2010. *See* Dkt. No. 114.

    In the *Joint Status Memorandum*, defendants Candido Bonavente, John Legrand, David Barrientos, John Nathan, Antonio Lacerda, and Gerald Sullivan, represented by attorneys

STIPULATION AND [PROPOSED] ORDER,
UNITED STATES V. BONAVENTE, et al., CR No. 09-1163 JSW

Michael Cardoza, Julia Mezhinsky Jayne, John Runfola, Rita Bosworth, Geri Green, and Ian Loveseth, respectively, and the United States, represented by Assistant United States Attorney Denise Marie Barton advised the Court of the current status of the case. In that Memorandum, the parties advised the Court that defense counsel were considering which motions should be filed and attempting to resolve their respective matters prior to filing motions. The parties further advised that due to trial schedules of counsel, scheduling meetings had been difficult but that the parties were scheduled to meet on July 8, 2010.

All counsel agree that due to the nature of the prosecution, a six co-defendant wiretap investigation involving wiretap orders on four separate telephones, the complexity finding previously made by this Court under Title 18, United States Code, section 3161(h)(7)(B)(ii), is still appropriate and that the case should still be regarded as complex under the Speedy Trial Act. Counsel further agree that for the reasons set forth in the *Joint Status Memorandum*, time should be excluded under Title 18, United States Code, section 3161(h)(7)(B)(iv) for effective preparation of counsel.

For all these reasons, all parties agree that time is properly excluded from July 8, 2010 through August 5, 2010 under the Speedy Trial Clock based on the complexity finding and for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(ii), (iv).

SO STIPULATED:

Dated: July 8, 2010

        Respectfully submitted,

        JOSEPH P. RUSSONIELLO
        United States Attorney

        _/s/_
        DENISE MARIE BARTON
        Assistant United States Attorney

        /s/
        MICHAEL CARDOZA
        JYOTI REKHI
        Attorneys for CANDIDO BONAVENTE

1
2
_____
JULIA MEZHINSKY JAYNE
3  Attorney for JOHN LEGRAND
4
    /s/
5  _____
   JOHN RUNFOLA
   Attorney for DAVID BARRIENTOS
6
7  _____
   RITA B. BOSWORTH
8  Attorney for JOHN NATHAN
9
10 _____
   GERI LYNN GREEN
11 Attorney for ANTONIO LACERDA
12 _____
   IAN GREGORY LOVESETH
13 Attorney for GERALD SULLIVAN
14

15    Based upon the representation of counsel and for good cause shown, the Court finds that
16 this case is complex and that it is unreasonable to expect adequate preparation for pretrial
17 proceedings within the time limits established under Title 18, United States Code, section 3161.
18 The Court further finds that the ends of justice served by excluding the time from July 8, 2010
19 through August 5, 2010 from computation under the Speedy Trial Act outweigh the best interests
20 of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the
21 time from July 8, 2010 through August 5, 2010 shall be excluded from computation under the
22 Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A), (B)(ii).
23

24 DATED: July 12 , 2010
                                _____
25                              HONORABLE JEFFREY S. WHITE
                                United States District Court Judge
26
27
28

STIPULATION AND [PROPOSED] ORDER,
UNITED STATES V. BONAVENTE, et al., CR No. 09-1163 JSW
3