ORIGINAL                        ORIGINAL

Robert J. Beles, CA Bar No. 41993
Anne C. Beles, CA Bar No. 200276
1 Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel. No. (510) 836-0100
Fax No. (510) 832-3690

Attorney for *Defendant* CANDIDO BONAVENTE

# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>vs.<br>CANDIDO BONAVENTE,<br>*Defendant.* | No. CR 09-1163 JSW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |

    Defendant Candido Bonavente, by and through his undersigned counsel, the United States of America, through Assistant United States Attorney Denise Marie Barton, and the United States Probation Department, hereby stipulate that the Court continue the sentencing in the above captioned case from March 10, 2011, at 2:00 p.m., to April 28, 2011, at 2:00 p.m.

    The continuance is requested because counsel for the Defendant, Anne C. Beles, substituted in on February 28, 2011. Counsel requests the continuance to allow additional time to review defendant's file as well as the sentencing memorandums of both the government and previous counsel for defendant. Ms. Beles needs this time because she has a scheduled vacation from March 18, 2011 through March 25, 2011. Ms. Beles also has a murder trial set in Contra Costa County to begin on either March 28, 2011 or April 5, 2011, and expected to continue through to April 25, 2011.

ORIGINAL                                                                                           ORIGINAL

**SO STIPULATED:**

DATED: March 8, 2011            /s/  ACB
                                ANNE C. BELES
                                Attorney for CANDIDO BONAVENTE

DATED: March 8, 2011            /s/  RJB
                                ROBERT J. BELES
                                Attorney for CANDIDO BONAVENTE

DATED: March 8, 2011            /s/  DMB
                                DENISE MARIE BARTON
                                Assistant United States Attorney

DATED: March 8, 2011            /s/  KM
                                KAREN MAR
                                United States Probation Officer

SO ORDERED.

This Court hereby grants the request of the defense and resets the Sentencing from Thursday, March 10, 2011 at 2:00 p.m. to Thursday, April 28, 2011 at 2:00 p.m.

DATED: March 9, 2011

_____
HONORABLE JEFFREY S. WHITE
U.S. District Judge